IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CASE NO. 2:25-cr-489 |
| ) | |
| CARL S. CHARLES ) | |

**NOTICE OF RECUSAL**

The District Judges of this Court have recused from participation in this case.

DONE this 21st day of August, 2025.

                          /s/ Emily C. Marks
                          EMILY C. MARKS
                          CHIEF UNITED STATES DISTRICT JUDGE
                          FOR THE COURT