# DESIGNATION OF UNITED STATES DISTRICT JUDGE FOR THE SOUTHERN DISTRICT OF FLORIDA FOR SERVICE IN THE MIDDLE DISTRICT OF ALABAMA

Chief District Judge Cecelia M. Altonaga of the United States District Court for the Southern District of Florida has indicated that she is willing and able to perform the duties of a United States District Judge in the United States District Court for the Middle District of Alabama.

I designate and assign Chief Judge Cecelia M. Altonaga to perform all the duties of a United States District Judge for case no. 2:25-cr-489, *United States v. Carl S. Charles*, in the United States District Court for the Middle District of Alabama beginning August 21, 2025, and for any additional time that may be required to complete unfinished business. *See* 28 U.S.C. § 292(b).

Entered on August 21, 2025

William H. Pryor Jr.
Chief Judge
Eleventh Circuit Court of Appeals