UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

CASE NO. 25-CR-00489-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,
v.

**CARL S. CHARLES**,

    Defendant.
_____/

## ORDER

THIS CAUSE came before the Court on the Motion to Continue [ECF No. 15], filed by Defendant, Carl S. Charles. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. A scheduling conference is scheduled for September 17, 2025 at 3:00 p.m. The parties may appear via Zoom, Meeting ID: 160 5041 7377, Passcode: 052922.

**DONE AND ORDERED** in Miami, Florida, this 11th day of September, 2025.

_____
**CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICE OF FLORIDA**

cc:    counsel of record