IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:25-cr-00489-CMA-JTA |
| | ) | |
| CARL S. CHARLES | ) | |

## MOTION TO WITHDRAW

The United States of America respectfully requests that Assistant United States Attorney

Tara S. Ratz be allowed to withdraw from the above-styled case.

Respectfully submitted this 17th day of September, 2025.

KEVIN P. DAVIDSON
ACTING UNITED STATES ATTORNEY

*/s/ Tara S. Ratz*
TARA S. RATZ
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: tara.ratz@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:25-cr-00489-CMA-JTA |
| | ) | |
| CARL S. CHARLES | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2025, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which will send notification of such filing to all

attorneys of record.

Respectfully submitted,

*/s/ Tara S. Ratz*
TARA S. RATZ
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: tara.ratz@usdoj.gov

2