IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:25cr489-CMA-JTA |
| | ) | |
| CARL S. CHARLES | ) | |

RECEIVED

2026 FEB 11 A 11: 28

## **NOTICE OF APPEARANCE**

Comes now the undersigned Acting United States Attorney for the Middle District of Alabama, Kevin P. Davidson, and enters his notice of appearance on behalf of the United States in the above-styled cause.

Respectfully submitted this the 11th day of February, 2026.

KEVIN P. DAVIDSON
ACTING UNITED STATES ATTORNEY

Kevin P. Davidson
Acting United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334) 223-7280
E-mail: kevin.p.davidson@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:25cr489-CMA-JTA |
| | ) | |
| CARL S. CHARLES | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2026, I filed the foregoing with the Clerk of the Court

and e-mailed a copy of same to Joseph C. Espy, III, and William M. Espy, attorneys of record for

the defendant.

Respectfully submitted,

Kevin P. Davidson
Acting United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334) 223-7280
E-mail: kevin.p.davidson@usdoj.gov