**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**

**CASE NO.  25-00489-CR-ALTONAGA/JTA**

**UNITED STATES OF AMERICA**,

      Plaintiff,

v.

**CARL S. CHARLES**,

      Defendant.

_____/

## ORDER

THIS CAUSE came before the Court on the Defendant, Carl S. Charles's Motion for Leave to File Under Seal [ECF No. 31].  Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**.  The motion relating to the order dismissing indictment [ECF No. 30] shall be sealed and remain under seal until June 13, 2027. This Order shall not be filed under seal.

**DONE AND ORDERED** in Miami, Florida, this 12th day of June, 2026.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record