**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**

**CASE NO.  25-00489-CR-ALTONAGA/JTA**

**UNITED STATES OF AMERICA**,

      Plaintiff,

v.

**CARL S. CHARLES**,

      Defendant.

_____/

**ORDER**

THIS CAUSE came before the Court on the Defendant, Carl Charles' Motion to Modify Order Dismissing Indictment [ECF No. 33].  Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**.  The Order dismissing indictment [ECF No. 30] is modified so that it may be disclosed in relation to Defendant's employment, state and federal bar licensure, and in regard to the sanction proceeding of Carl Charles, et al. v. Attorney General, State of Alabama, et al. (pending in the Eleventh Circuit Court of Appeals; Case No. 25-10973; District Court No. 2:22-cv-00184-LCBCWB.

**DONE AND ORDERED** in Miami, Florida, this 23rd day of June, 2026.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record